ACCEPTED
12-14-00337-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/1/2015 9:26:24 AM
CATHY LUSK
CLERK

IN THE COURT OF APPEALS
TWELFTH SUPREME JUDICIAL DISTRICT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/1/2015 9:26:24 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| LARRY MAPLES | § | |
| | § | |
| VS. | § | NOS. 12-14-00337-CR |
| | § | |
| THE STATE OF TEXAS | § | |

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State in the above captioned case, through the undersigned Assistant Criminal District Attorney, moves the Court for an extension of time in which to file the State's brief. As grounds therefore, the State shows the Court the following:

1.    The trial court:  294th Judicial District Court

2.    The number and style of the case in the trial court:  Cause No. CR13-00334; The State of Texas vs. Larry Maples

3.    The offense for which the appellant was convicted:  Capital Murder

4.    The punishment assessed: Life imprisonment without parole

5.    The present deadline for filing the State's brief:  July 1, 2015

6.    The length of time requested for an extension:  30 days

7.    The number of extensions previously granted:  None

8.    The facts relied upon to show good cause for the requested extension is set forth in the attached affidavit.

Respectfully submitted,

_____
RICHARD A. SCHMIDT

Assistant Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
State Bar No. 24043907
ATTORNEY FOR THE STATE

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

RICHARD A. SCMIDT, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause.

The State's request for an extension of time is based upon the following facts:

I am one of five prosecutors, including the elected District Attorney, in the

Van Zandt County Criminal District Attorney's office. This office is without

designated appellate attorney's; therefore, I was assigned to complete the

State's brief. In addition to my normal felony prosecution duties as the sole

full time felony prosecutor and my administrative duties as the First

Assistant, I have also been tasked with clearing up and correcting the CJIS

reporting errors for the office by July 31, 2015. Due to my overwhelming

caseload and other duties, I have been unable to complete the State's brief in

the time allotted ."

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the _____ day of _____ July _____ , _____ 2015 _____ .

_____
Notary Public in and for
The State of Texas

VICKY A PIERCE
Notary Public
STATE OF TEXAS
My Comm. Exp. November 2, 2015

My Commission Expires: 11-2-15

## CERTIFICATE OF SERVICE

I, Richard A. Schmidt, do hereby certify that a true and correct copy of the foregoing instrument was served on Appellant's Attorney of Record, James Huggler, on the 1st day of July, 2015.

_____
RICHARD A. SCHMIDT